**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LAQUASHEA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 1:23-cv-00394-TWT-JKL |
| MANNING AND ASSOCIATES SECURITY, LLC, and WAYNE MANNING | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendants, Manning and Associates Security, LLC and Wayne Manning ("Defendants"), through undersigned counsel and pursuant to Federal Rules of Civil Procedure 8 and 12, answer the Complaint (Doc. 1) filed by Plaintiff, Laquashea Turner ("Plaintiff"), and assert defenses and affirmative defenses as follows:

**INTRODUCTION**

Defendants deny all of the allegations of the unenumerated introduction paragraph of the Complaint.



www.spirelawfirm.com
Employment Attorneys

**PARTIES**

1. Defendants are without sufficient knowledge as to Plaintiff's residency and therefore, deny the allegations of Paragraph 1 of the Complaint.
2. Defendants deny the allegations of Paragraph 2 of the Complaint.
3. Defendants admit the allegations of Paragraph 3 of the Complaint.
4. Defendants deny the allegations of Paragraph 4 of the Complaint in their entirety.
5. Defendants admit the allegations of Paragraph 5 of the Complaint.
6. Defendants admit the allegations of Paragraph 6 of the Complaint.

**JURISDICTION AND VENUE**

7. Defendants admit that jurisdiction is appropriate in this Court, but otherwise deny the allegations of Paragraph 7 of the Complaint.
8. Defendants admit that venue is proper in this Court but otherwise deny Paragraph 8 of the Complaint.

**CONDITIONS PRECENDENT SATISFIED**

9. Defendants are without sufficient knowledge and therefore, deny the allegations of Paragraph 9 of the Complaint.
10. Defendants are without sufficient knowledge and therefore, deny the allegations of Paragraph 10 of the Complaint.

11. Defendants are without sufficient knowledge and therefore, deny the allegations of Paragraph 11 of the Complaint.

**FACTS**

12. Defendants admit the allegations of Paragraph 12 of the Complaint.

13. Defendants deny the allegations of Paragraph 13 of the Complaint.

14. Defendants deny the allegations of Paragraph 14 of the Complaint.

15. Defendants deny the allegations of Paragraph 15 of the Complaint.

16. Defendants deny the allegations of Paragraph 16 of the Complaint.

17. Defendants deny the allegations of Paragraph 17 of the Complaint.

18. Defendants admit the allegations of Paragraph 18 of the Complaint.

19. Defendants deny the allegations of Paragraph 19 of the Complaint.

20. Defendants deny the allegations of Paragraph 20 of the Complaint.

21. Defendants deny the allegations of Paragraph 21 of the Complaint.

22. Defendants deny the allegations of Paragraph 22 of the Complaint.

23. Defendants deny the allegations of Paragraph 23 of the Complaint.

24. Defendants deny the allegations of Paragraph 24 of the Complaint.

25. Defendants deny the allegations of Paragraph 25 of the Complaint.

26. Defendants deny the allegations of Paragraph 26 of the Complaint.

27. Defendants deny the allegations of Paragraph 27 of the Complaint.

28. Defendants deny the allegations of Paragraph 28 of the Complaint.

**COUNT I**
**HOSTILE ENVIRONMENT - SEXUAL HARASSMENT AND TANGIBLE EMPLOYMENT ACTION/QUID PRO QUO SEXUAL HARASSMENT**
**(Against Manning Security)**

29. Defendants repeat each and every response to the allegations contained in the preceding paragraphs of this Complaint.

30. Paragraph 30 of the Complaint sets forth a legal conclusion for which Defendants cannot admit or deny. To the extent a response is required, Defendants deny the allegations in Paragraph 30 of the Complaint.

31. Paragraph 31 of the Complaint sets forth a legal conclusion for which Defendants cannot admit or deny. To the extent a response is required, Defendants deny the allegations in Paragraph 51 of the Complaint.

32. Paragraph 32 of the Complaint sets forth a legal conclusion for which Defendants cannot admit or deny. To the extent a response is required, Defendants deny the allegations in Paragraph 32 of the Complaint.

33. Defendants deny the allegations of Paragraph 33 of the Complaint.

34. Defendants deny the allegations of Paragraph 34 of the Complaint.

35. Defendants deny the allegations of Paragraph 35 of the Complaint.

36. Defendants deny the allegations of Paragraph 36 of the Complaint.

37. Defendants deny the allegations of Paragraph 37 of the Complaint.

38. Defendants deny the allegations of Paragraph 38 of the Complaint.

39. Defendants deny the allegations of Paragraph 39 of the Complaint.

40. Defendants deny the allegations of Paragraph 40 of the Complaint.

41. Defendants deny the allegations of Paragraph 41 of the Complaint.

42. Defendants deny the allegations of Paragraph 42 of the Complaint.

43. Defendants deny the allegations of Paragraph 43 of the Complaint.

44. Defendants deny the allegations of Paragraph 44 of the Complaint.

45. Defendants deny the allegations of Paragraph 45 of the Complaint.

## COUNT II
## RETALIATION IN VIOLATION OF TITLE VII
## (Against Defendant Manning Security)

46. Defendants repeat each and every response to the allegations contained in the preceding paragraphs of this Complaint.

47. Defendants deny the allegations of Paragraph 47 of the Complaint.

48. Defendants deny the allegations of Paragraph 48 of the Complaint.

49. Defendants deny the allegations of Paragraph 49 of the Complaint.

50. Defendants deny the allegations of Paragraph 50 of the Complaint.

51. Defendants deny the allegations of Paragraph 51 of the Complaint.



www.spirelawfirm.com
Employment Attorneys

**COUNT III**
**NEGLIGENT TRAINING AND SUPERVISION**
**(Against Both Defendants)**

52. Defendants repeat each and every response to the allegations contained in the preceding paragraphs of this Complaint.

53. Paragraph 53 of the Complaint sets forth a legal conclusion for which Defendants cannot admit or deny. To the extent a response is required, Defendants deny the allegations in Paragraph 53 of the Complaint

54. Defendants deny the allegations of Paragraph 53 of the Complaint.

55. Defendants deny the allegations of Paragraph 54 of the Complaint.

56. Defendants deny the allegations of Paragraph 55 of the Complaint.

57. Defendants deny the allegations of Paragraph 56 of the Complaint.

58. Defendants deny the allegations of Paragraph 57 of the Complaint.

59. Defendants deny the allegations of Paragraph 58 of the Complaint.

60. Defendants deny the allegations of Paragraph 59 of the Complaint.

61. Defendants deny the allegations of Paragraph 60 of the Complaint.

**COUNT IV:**
**BATTERY, PUNITIVE DAMAGES, ATTORNEYS' FEES**
**(Against both Defendants)**

62. Defendants repeat each and every response to the allegations contained in the preceding paragraphs of this Complaint.

63. Defendants deny the allegations of Paragraph 62 of the Complaint.

64. Defendants deny the allegations of Paragraph 63 of the Complaint.

65. Defendants deny the allegations of Paragraph 64 of the Complaint.

66. Defendants deny the allegations of Paragraph 65 of the Complaint.

67. Defendants deny the allegations of Paragraph 66 of the Complaint.

## PRAYER FOR RELIEF

In response to WHEREFORE Paragraph following Paragraph 67 of the Complaint, including subsections (1)-(8), Defendants deny all factual allegations and deny that Plaintiff is entitled to any relief in this action. Further, Defendants deny that there will be any claims to be tried by a jury.

## GENERAL DENIAL

All allegations in the Complaint not expressly admitted are denied.

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE

If any of the unlawful acts and omissions alleged in the Complaint were engaged in by Defendants, which Defendants vigorously deny, they did not engage in such acts or omissions knowingly, intentionally or willfully, and therefore, Plaintiff' claims for liquidated damages are barred.

**THIRD DEFENSE**

If any of the unlawful acts and omissions alleged in the Complaint were engaged in by Defendants, which Defendants vigorously deny, Plaintiff's claims are barred by workers compensation.

**FOURTH DEFENSE**

Plaintiff's claims are barred because Defendants exercised reasonable care to prevent and correct any sexually harassing behavior by establishing and disseminating an anti-harassment policy, but Plaintiff unreasonably failed to report harassment under the policy.

**FIFTH DEFENSE**

Defendant cannot fully anticipate all defenses which may be applicable to this action. Accordingly, the right to assert additional defenses, to the extent such defenses are applicable, is hereby reserved.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426
Suite2088
Oviedo, Florida 32765

By:*/s/ Ian E. Smith*
Ian E. Smith, Esq.
Georgia Bar No. 661492
Whitney M. DuPree, Esq.

Georgia Bar No. 880909
ian@spirelawfirm.com
whitney@spirelawfirm.com
filings@spirelawfirm.com
***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Ian E. Smith*
Attorney