# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-00394-TWT-JKL
### Turner v. Manning and Associates Security, LLC et al
### Honorable John K. Larkins, III

Minute Sheet for proceedings held In Open Court on 05/12/2023.

TIME COURT COMMENCED: 10:25 A.M.
TIME COURT CONCLUDED: 10:45 A.M.     COURT REPORTER: Zoom
TIME IN COURT: 0:20                   DEPUTY CLERK: Edmund Morrell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Douglas Kertscher representing Laquashea Turner<br>Ian Smith representing Manning and Associates Security, LLC |
| PROCEEDING CATEGORY: | Scheduling Conference(Non-final Pretrial Conference); |
| MINUTE TEXT: | A scheduling conference was held to address discovery-related issues identified in the parties' joint preliminary plan and report. |