# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAQUASHEA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>MANNING AND ASSOCIATES SECURITY, LLC, and WAYNE MANNING<br><br>    Defendants. | Civil Action No.:<br>1:23-cv-00394-TWT-JKL<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S MOTION TO EXPEDITE BRIEFING FOR PLAINTIFF'S MOTION TO OPEN TECHNICAL ADMISSIONS

Comes now, Plaintiff, and with Defendant's summary judgment motion pending, seeks to expedite ruling on the Plaintiff's simultaneously filed Motion to Open Technical Admissions, as follows:

1.

Defendant's motion for summary judgment, and the response and reply to same, is currently pending.

2.

Defendant's motion for summary judgment is based in large part upon Plaintiff's admissions, and the response(s) to same will be highly impacted by this Court's ruling on the Plaintiff's Motion to Open Technical Admissions.

3.

In order serve judicial economy and the preserve the parties' resources, Plaintiff submits that expedited briefing on the motion to open technical admissions will serve the ends of justice. Plaintiff requests that expedited briefing be granted.

Respectfully submitted this 3rd day of October, 2023.

By: /s/ Douglas R. Kertscher
Douglas R. Kertscher
Georgia Bar No. 416265
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd.
Suite 1050
Atlanta, GA 30339
Tel: (770) 953-0995
Fax: (770) 953-1358
Email: drk@hkw-law.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAQUASHEA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>MANNING AND ASSOCIATES SECURITY, LLC, and WAYNE MANNING<br><br>    Defendants. | Civil Action No.:<br>1:23-cv-00394-TWT-JKL<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing **PLAINTIFF'S MOTION TO EXPEDITE BRIEFING FOR PLAINTIFF'S MOTION TO OPEN TECHNICAL ADMISSIONS** with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 3rd day of October, 2023.

                                           /s/ Douglas R. Kertscher
                                         Douglas R. Kertscher
                                          Georgia State Bar No. 416265

                                         *Attorney for Plaintiff*