IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAQUASHEA TURNER,

    Plaintiff,

v.

MANNING AND ASSOCIATES
SECURITY, LLC, and WAYNE
MANNING,

    Defendants.

CIVIL ACTION FILE NO.

1:23-cv-394-TWT-JKL

## **ORDER**

This matter is presently before the Court on Defendants' motion for leave to file their motion for summary judgment out of time [Docs. 16, 17[1]] and Plaintiff's motion to expedite briefing [Doc. 19] on her "Motion to Open Technical Admissions," which asks the Court to permit Plaintiff to withdraw or amend admissions she claims were improperly secured by Defendants [*see* Doc. 18].

Because Defendants assert that their one-day delay in filing their motion for summary judgment was the result of circumstances beyond their control, and

---

[1] Plaintiff refiled its motion with exhibits it failed to attach to the original version.

because Plaintiff has indicated to chambers that she does not oppose the motion, Defendants' motion for leave is **GRANTED**, and Defendants' summary judgment motion will be treated as though timely filed. [Docs. 16, 17.]

Meanwhile, because Plaintiff's Motion to Open Technical Admissions calls into question the evidentiary basis for Defendants' motion for summary judgment [*see* Doc. 18], Plaintiff's motion to expedite consideration of the issue is also **GRANTED** [Doc. 19]. To avoid unnecessary delay, any response in opposition to the Motion to Open Technical Admissions must be filed by **Tuesday, October 10, 2023**. Any reply must be filed by **Thursday, October 12, 2023**.

Plaintiff's deadline to respond to Defendants' motion for summary judgment is **STAYED** until the Court rules on Plaintiff's Motion to Open Technical Admissions.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
JOHN K. LARKINS III
United States Magistrate Judge