IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAQUASHEA TURNER,<br><br>      Plaintiff,<br><br>v.<br><br>MANNING AND ASSOCIATES SECURITY, LLC, and WAYNE MANNING,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:23-cv-394-TWT-JKL |

## ORDER

This matter is presently before the Court on the parties' joint motion to extend the dispositive motions deadline, to authorize Plaintiff's deposition, and to withdraw their pending motions. [Doc. 21; *see also* Doc. 15 (Defendants' motion for summary judgment); Doc. 18 (Plaintiff's motion to open technical admissions).] For good cause shown, the parties' motion is **GRANTED**. The parties shall have forty-five (45) days from the date of this Order to depose Plaintiff and to file any motions for summary judgment. Plaintiff's deposition shall be conducted remotely and shall not exceed five hours in length, unless otherwise permitted by order of the Court. Defendants' motion for summary judgment [Doc.

15] and Plaintiff's motion to open technical admissions [Doc. 18] are **DEEMED WITHDRAWN**.

IT IS SO ORDERED this 19th day of October, 2023.

_____
JOHN K. LARKINS III
United States Magistrate Judge