LAW OFFICES

# HILL, KERTSCHER & WHARTON, LLP

3625 CUMBERLAND BLVD • SUITE 1050
ATLANTA, GEORGIA 30339
(770) 953-0995 • FAX: (770) 953-1358

*Douglas R. Kertscher*                                                                                   drk@hkw-law.com

January 25, 2024

Courtroom Deputy Clerk
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      *Re:*    *Laquashea Turner v. Manning and Associates Security, LLC et al.*
            **Case No.: 1:23-cv-00394-TWT-JKL**

Dear Sir/Madam:

     Please allow this communication to serve as Plaintiff's Counsel's request for a leave of absence pursuant to Local Rule 83.1(E)(4). I respectfully request that the above-referenced case not be calendared for the period of March 20, 2024 to April 19, 2024 as I will be on parental leave at that time.

_____
Douglas R. Kertscher

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAQUASHEA TURNER,<br><br>   Plaintiff,<br><br>v.<br><br>MANNING AND ASSOCIATES SECURITY, LLC, and WAYNE MANNING<br><br>   Defendants. | Civil Action No.:<br>1:23-cv-00394-TWT-JKL<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 25th day of January, 2024.

/s/ Douglas Kertscher
Douglas R. Kertscher
Georgia State Bar No. 416265
Email: drk@hkw-law.com
*Attorney for Plaintiff*